**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROBERT CLARK, individually and     \*
on behalf of himself and     \*
all others similarly situated,     \*
    \*
       Plaintiff,     \*
    v.     \*     Civil No. 1:25-cv-00379-PB-AJ
    \*
JOHN M. FORMELLA, in his official     \*
capacity only as Attorney General     \*
of the State of New Hampshire,     \*
    \*
       Defendants.     \*
    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

The Defendant, John M. Formella, in his official capacity only as Attorney General of the State of New Hampshire, by and through his counsel, the New Hampshire Office of the Attorney General, hereby moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. A supporting Memorandum of Law accompanies this motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A.  Grant this Motion to Dismiss; and

B.  Grant such other and further relief as justice may require.

         Respectfully submitted,

         JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire

         By his attorney,

         THE OFFICE OF THE ATTORNEY GENERAL

Dated: December 1, 2025              /s/ *Sam Gonyea*
                                     Sam M. Gonyea, Bar #273264
                                     Assistant Attorney General
                                     Shawna Bentley, Bar #270149
                                     Assistant Attorney General
                                     Office of the Attorney General
                                     1 Granite Place South
                                     Concord, NH 03301
                                     (603) 271-3650
                                     sam.m.gonyea@doj.nh.gov
                                     shawna.p.bentley@doj.nh.gov


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.


                                     /s/ *Sam Gonyea*
                                     Sam M. Gonyea