**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ROBERT CLARK, individually and on behalf of himself and all others similarly situated, | \* \* \* \* |
| Plaintiff, | \* |
| v. | \* |
| | \* |
| JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire, | \* \* \* |
| | \* |
| Defendant. | \* |
| | \* |

Civil No. 1:25-cv-00379-PB-AJ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR CLASS CERTIFCATION AND APPOINTMENT OF CLASS COUNSEL**

The Defendant, John M. Formella, in his official capacity only as Attorney General of the State of New Hampshire, by and through his counsel, the New Hampshire Office of the Attorney General, hereby objects to the plaintiff's motion, filed pursuant to Rule 23 of the Federal Rules of Civil Procedure, for class certification and appointment of class counsel. *See* ECF 4; ECF 4-1. Class certification is not appropriate or necessary in this case, and the plaintiff has failed to satisfy the requirements of Fed. R. Civ. P. 23(a)(1)-(4), and 23(b)(2). A supporting Memorandum of Law accompanies this objection.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Deny the plaintiff's motion for class certification and appointment of class counsel; and

B. Grant such other and further relief as justice may require.

Respectfully submitted,

JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: December 19, 2025

/s/ *Sam Gonyea*
Sam M. Gonyea, Bar #273264
Assistant Attorney General
Shawna Bentley, Bar #270149
Assistant Attorney General
Office of the Attorney General
1 Granite Place South
Concord, NH 03301
(603) 271-3650
sam.m.gonyea@doj.nh.gov
shawna.p.bentley@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

/s/ *Sam Gonyea*
Sam M. Gonyea